IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: January 3, 2017
Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHARLES R. MACE

        Plaintiff,

v.

DELTA AIRLINES, INC.

        Defendants.

**STIPULATION OF DISCONTINUANCE**
Case No.: 5:16-CV-872 (DNH/TWD)

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiff and defendant in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other.

     This stipulation may be filed without further notice with the Clerk of the Court.

Dated:   December 30, 2016
         Buffalo, New York

_____
JONATHAN D. COX, ESQ.
NASH CONNORS, P.C.
Attorneys for Plaintiff
Charles Mace
344 Delaware Avenue, Suite 400
Buffalo, New York 14202

_____
MICHAEL A. BRADY, ESQ.
HAGERTY & BRADY
Attorneys for Defendant
Delta Airlines, Inc.
69 Delaware Avenue, Suite 1010
Buffalo, NY 14202-3875